IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CURTIS HOLDEN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-3958 |
| | § | |
| ILLINOIS TOOL WORKS, INC., | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in this court's Memorandum and Order entered this date, this civil action is DISMISSED with prejudice.

This is a FINAL JUDGMENT.

SIGNED on December 27, 2007, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge